FILED IN OPEN COURT
ON 2-26-2020
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:20-CR-18-1D(2)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| RICO JERMAIN DAVIS | ) | |

The Grand Jury charges that:

On or about September 17, 2019, in the Eastern District of North Carolina, defendant RICO JERMAIN DAVIS, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

[The rest of this page intentionally left blank.]

## FORFEITURE NOTICE

The defendant is given notice that all of the defendant's interest in all property specified herein is subject to forfeiture.

Upon conviction of the offense(s) set forth in the Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), as made applicable by Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in a knowing commission of the said offense(s).

The forfeitable property includes, but is not limited to, any and all ammunition seized from the defendant on or about September 17, 2019.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant --

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section

853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL:

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

*2·26·2020*
DATE

ROBERT J. HIGDON, JR.
United States Attorney

BY: JOHN A. PARRIS
Assistant United States Attorney

3